RECEIPT # 404633
AMOUNT $ 250.00
SUMMONS ISSUED   /
LOCAL RULE 4.1   ✓
WAIVER FORM   ✓
MCF ISSUED   ✓
BY DPTY. CLK.   X H
DATE   8/12/05

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

United States District Court
Central Division
Civil Action No.

MOSTAFA KAMEL AND                      )
EETIDAL TERMOS                         )
    Plaintiffs                 )
                                       )
                                       **05 - 40136 FDS**
v.                                     )
                                       )
UNITED STATES POSTAL SERVICE           )
    Defendant

### PLAINTIFF'S COMPLAINT AND
### DEMAND FOR JURY TRIAL

NOW COME the Plaintiffs, and does hereby complain of the Defendant as follows:

### JURISDICTION AND VENUE

1.  The United States District Court has jurisdiction over this matter pursuant to 28 U.S.C. § 161 and 28 U.S.C. § 2401 (b). The plaintiffs are citizens of the Commonwealth of Massachusetts. The named Defendant, United States Postal Service is a Government Agency with a Principal Place of Business in Massachusetts.

2.  Venue is proper in the Central Division of the United States District Court for the District of Massachusetts as the Plaintiffs are residents of Worcester County.

### PARTIES

3.  The Plaintiff, Mostafa Kamel, (hereinafter referred to as Kamel), is a natural person residing at 45 Grand St., Worcester, MA.

4.  The Plaintiff, Eetidal Termos, (hereinafter referred to as Termos), is a natural person residing at 45 Grand St., Worcester, MA.

5.  The Defendant, United States Postal Service, (hereinafter referred to as U.S.P.S.),

1

is a Government Agency having a principal place of business located at 4 East
Central Street, Worcester, MA.

## FACTUAL ALLEGATIONS

6. On or about January 12, 2005 the Defendant U.S.P.S. was the owner of a motor
   vehicle operated by its agent, servant and /or employee on Gates Street, at the
   intersection of Illinois Street, both public ways in the city of Worcester, County of
   Worcester.

7. On or about January 12, 2005, the plaintiff Kamel was the operator of a motor
   owned by the plaintiff Termos traveling on Illinois St. at the intersection of Gates
   St. in Worcester.

8. On January 12, 2005 there was a stop sign located on the corner of Gates St, at the
   intersection of Illinois St, which controlled the flow of traffic from Gates St. into
   the intersection.

9. On or about January 12, 2005 at approximately 9:30 a.m., the motor vehicle owned
   and operated by the U.S.P.S. failed to stop for a stop sign on Gates St. at the
   intersection of Illinois Ave which caused an accident to occur.

## COUNT 1
## NEGLIGENCE
## MOSTAFA KAMEL V. UNITED STATES POSTAL SERVICE

10. The plaintiff Kamel re-alleges all preceding paragraphs thereby incorporating
    same into this count.

11. On or about January 12, 2005, the defendant U.S.P.S. was the owner of a motor
    vehicle so negligently operated by its agent, servant and/or employee on Gates
    St., at the intersection of Illinois St., in Worcester, MA so that it caused injury to
    the plaintiff Kamel.

12. As a result thereof, the plaintiff Kamel sustained severe injuries and was
    prevented from transacting his business, suffered great pain of body and mind
    and incurred medical expenses in excess of $2000.00 which permits this action
    to be brought under the provisions of Mass. General Laws Chapter 231, Section
    6D.

## COUNT TWO
## NEGLIGENCE/PROPERTY DAMAGE
## EETIDAL TERMOS V. UNITED STATES POSTAL SERVICE

2

13.   The plaintiff Termos re-alleges all preceding paragraphs thereby incorporating same into this count.

14.   On or about January 12, 2005, the defendant, U.S.P.S., by its agent, servant and/or employee so negligently operated a motor vehicle so that it ran into the vehicle owned by he plaintiff Termos, greatly damaging it, causing loss of use and depreciation of said vehicle and expense for repairs in the amount of Three Thousand Dollars.


WHEREFORE, the plaintiff in the above entitled matter respectfully prays;

1.   That this Honorable Court adjudicate the defendant U.S.P.S. liable to the plaintiff, Mostafa Kamel, in an amount this court determines to be just and proper, plus interest and costs; and

2.   That this Honorable Court adjudicate the defendant U.S.P.S. liable to the plaintiff, Eetidal Termos, in an amount this court determines to be just and proper, plus interest and costs; and

3.   Award any further relief that this court determines to be just and equitable.

### THE PLAINTIFF DEMANDS A TRIAL
### BY JURY ON ALL COUNTS HERINABOVE ALLEGED


Dated: August 12, 2005

    Respectfully Submitted
THE PLAINTIFFS,
By their Attorney:


Rickie T. Weiner, Esquire   BBO#548524
The Law Office of Rickie T. Weiner
8 Norwich Street
Worcester, MA 01608
(508) 890-5566

3

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET** 05 - 40136

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Moustafa Kamel and Eetidal Termos , 45 Grand St.
Worcester, MA 01610

**DEFENDANTS**

United States Postal Service,
4 east Central Street, Worcester, MA 01613

**(b)** County of Residence of First Listed Plaintiff    Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Worcester
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Rickie T. Weiner, Esq.
8 Norwich St., Worcester, MA 01608  (508)890-5566

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government
  Plaintiff
- ☐ 3  Federal Question
  (U.S. Government Not a Party)
- ☒ 2  U.S. Government
  Defendant
- ☐ 4  Diversity
  (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original
  Proceeding
- ☐ 2  Removed from
  State Court
- ☐ 3  Remanded from
  Appellate Court
- ☐ 4  Reinstated or
  Reopened
- ☐ 5  Transferred from
  another district
  (specify)
- ☐ 6  Multidistrict
  Litigation
- ☐ 7  Appeal to District
  Judge from
  Magistrate
  Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section2401 (b)

Brief description of cause:
Plaintiff involved in M.v. accident with U.S.P.S. truck and sustained personal injuries and property damage.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
8/12/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**05 - 4 )136**

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)    Moustafa Kamel v. United States Postal Service

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

[✓]    I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

[ ]    II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

[✓]    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
380, 385, 450, 891.

[ ]    IV.    220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
690, 810, 861-865, 870, 871, 875, 900.

[ ]    V.    150, 152, 153.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
    YES [ ]    NO [✓]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES [ ]    NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES [✓]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES [✓]    NO [ ]

    A.    If yes, in which division do all of the non-governmental parties reside?

    Eastern Division [ ]    Central Division [✓]    Western Division [ ]

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

    Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
    YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Rickie T. Weiner, Esq.
ADDRESS    8 Norwich Street, Worcester, MA 01608
TELEPHONE NO.    (508) 890-5566

(CategoryForm.wpd  - 5/2/05)