AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL DISTRICT OF MASSACHUSETTS

MOUSTAFA KAMEL & EETIDAL TERMOS

V.

UNITED STATES POSTAL SERVICE

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05-40136**

TO: (Name and address of defendant)

United States Postal Service
4 East Central Street
Worcester, MA 01613
ATTN:  Steve Rosetti, Post Master General

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rickie T. Weiner, Esquire
Law Office of Rickie T. Weiner
8 Norwich Street
Worcester, MA 01608
508-890-5566

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK **SARAH A. THORNTON**     DATE August 13, 2005

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/6/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rickie T. Weiner | Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Certified mail upon the United States Postal Service, Attorney General of the United States, Dept. of Justice, and the United States Attorney's office, Worc. MA. All dated 7/10/05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/05
                Date

Signature of Server
Rickie T. Weiner, esq

Address of Server
8 Norwich St, Worcester, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.