UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
MOUSTAFA KAMEL and            )   C.A. No. 05-40136-FDS
EETIDAL TERMOS,               )
                              )
     Plaintiffs,              )
                              )
v.                            )
                              )
UNITED STATES POSTAL SERVICE, )
                              )
     Defendant.               )
_____)
```

DEFENDANT'S MOTION TO EXTEND TIME IN WHICH
TO RESPOND TO COMPLAINT

Now comes the above-captioned Defendant,[1] and hereby moves this Court for an extension of time **up to and including November 18, 2005**, to answer or otherwise respond to Plaintiffs' Complaint. As reasons therefore, the undersigned counsel for Defendant asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain the salient facts and background information of this matter from the relevant agency (United States Postal Service, necessary to respond to the Complaint.

WHEREFORE, Defendant respectfully requests that this Court

---

[1] This motion is not intended to be responsive pleading. By the filing of this motion, Defendant is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Defendant intends to raise those defenses when it answers or otherwise responds to the Complaint.

allows its motion for extension of time **up to and including November 18, 2005**, to answer or otherwise respond to the Complaint.

                                           Respectfully submitted,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

Dated: October 28, 2005         /s/ Michael P. Sady
                               By; Michael P. Sady
                                  Assistant U.S. Attorney
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3100

## CERTIFICATE OF SERVICE

     I certify that on October 28, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Plaintiff's counsel of record, Rickie T. Weiner, Law Office of Rickie T. Weiner, 8 Norwich Street, Worcester, MA 01608.

                                           /s/ Michael P. Sady
                                           Michael P. Sady
                                           Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

     Pursuant to Local Rule 7.1, the undersigned counsel certifies that on October 28, 2005, he contacted Plaintiffs' counsel and attempted to inform him of the relief requested by this motion.

                                           /s/ Michael P. Sady
                                           Michael P. Sady
                                           Assistant U.S. Attorney