## UNITED STATES COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Western Division

| | |
|---|---|
| **MOSTAFA KAMEL AND ,** ) | **Case No: 05-40136-FDS** |
| **EETIDAL TERMOS** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| **UNITED STATES POSTAL SERVICE** ) | |
| ) | |
| **Defendant,** ) | |

### PLAINTIFF=S INITIAL DISCLOSURES PURSUANT TO FED.R CIV.P 26(a)

NOW COMES THE PLAINTIFF, in the above entitled matter and, pursuant to Federal Rule of Civil Procedure 26(a)(1), does hereby submit the following disclosures to the Defendants:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1.   Mostafa kamelVienemin Salagornik, Plaintiff
     **Current Address:**
     45 Howard Terrace
     Cherry Valley, MA 01660
     **Previous Address:**
     45 Grand Street
     Worcester, MA 01605

2.   Eetidal Termos

United States District Court
District of Massachusetts
Civil Action No: 05-40136-FDS

    Owner of Vehicle
    45 Grand Street
    Worcester, MA 01605

3.     Keith Amidon
    Driver of Postal Service Truck
    4 east Central Street
    Worcester, MA 01612

**(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

    $    Copy of operators

    $    Copy of Claim for Damage, Injury or Death Form

    $    Copies of all Medical Bills and Reports for medical treatment

Items named in this section are readily available for copy at the Defendant=s request.

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

    All Medical Bills and Reports. Medical bills total $3779.12.

**(D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a**

United States District Court<br>
District of Massachusetts<br>
Civil Action No: 05-40136-FDS

**judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

    Automobile Policy of insurance from Safety Insurance Company relative to PIP Benefits.

**(E) In addition to the disclosures required by paragraph 1, a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.**

    None at present.

        Respectfully Submitted
        The Plaintiffs,
        By:

        LAW OFFICES OF Rickie T. Weiner.
        8 Norwich Street
        Worcester, Massachusetts, 01608
        Telephone: 508. 890. 5566
        Facsimile:   508. 890. 6655

         /s/ Rickie T. Weiner
            Rickie T. Weiner
            BBO NO: 548524

Dated: December 9, 2005

United States District Court<br>
District of Massachusetts<br>
Civil Action No: 05-40136-FDS

PROOF OF SERVICE

I, am employed in the County of Worcester, Commonwealth of Massachusetts. I am over the age of 18 and not a party to the within action. My business address is 8 Norwich Street, Worcester, Worcester County, Massachusetts 01608.

On 9 December 2005, I served the within document(s) as described as:

**PLAINTIFFS INITIAL DISCLOSURES PURSUANT TO FED.R. CIV.P 26(a)**

On the interested parties in this action as stated on the attached mailing list:

[X]   (BY MAIL) by personally depositing such document in an official United States Mail collection facility at Worcester, Massachusetts. The envelope was mailed and postage thereon fully prepaid.

[ ]   (BY ELECTRONIC TRANSFER) I electronically transmitted the above-mentioned document via facsimile to the parties at the facsimile number(s) listed on the attached service list and no error was reported by the machine.

[ X ]   (BY ELECTRONIC CASE FILING): I electronically filed this motion with the United States District Court and upon information and belief, the parties to this motion as noted on the attached service list are to be noticed by said United States District Court

I declare under the pains and penalties of perjury pursuant to the laws of the Commonwealth of Massachusetts, and the United States of America, that the foregoing is true and correct. Executed on 9 December 2005 at Worcester, Massachusetts.

/s/Rickie T. Weiner_____

Rickie T. Weiner

United States District Court<br>
District of Massachusetts<br>
Civil Action No: 05-40136-FDS

ATTACHED SERVICE LIST

Mostafa Kamel, et al.

vs.

United States Postal Service.

United States District Court for the District of Massachusetts
Civil Action No: 05-CV-40136-FDS


Michael P. Sady, Esquire
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: 617. 748. 3100
Facsimile:   413. 787. 6173