```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


MOUSTAFA KAMEL AND EETIDAL TERMOS, )
                                   )
     Plaintiffs,                   )
                                   )
v.                                 )    C.A. No. 05-40136-FDS
                                   )
UNITED STATES POSTAL SERVICE,      )
                                   )
     Defendant.                    )
```

### THE PARTIES' PROPOSED JOINT RULE 16.1 STATEMENT

The parties in this action submit the following Proposed Joint Statement pursuant to Local Rule 16.1 and the Court's Order of December 6, 2005:

1. **Proposed Discovery Plan**:

    a. Automatic disclosure statements and discovery shall be served on or before February 10, 2006, pursuant to the Court's Scheduling Order;

    b. All interrogatories and request for production of documents shall be served by June 21, 2006;

    c. Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by April 10, 2006;

    d. All depositions, excluding experts, shall be completed by October 12, 2006; and

    e. A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2. **Number of Depositions**

   a. The plaintiff intends to take written discovery and depose any fact witnesses identified by the defendant.

   b. Defendant intends to depose plaintiff and any witnesses he identifies as to his damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

   Since no discovery has yet occurred, the Defendant cannot identify possible deponents with greater specificity at this time.

3. **Consent to Trial By Magistrate**

   The parties consent to a trial by magistrate.

4. **Proposed Schedule for Motions**

   All dispositive motions are to be filed by December 8, 2006.

5. **Designation of Experts**

   a. Expert witnesses shall be identified by the parties by July 28, 2006.

   b. If necessary, the opposing party shall have one month after July 28, 2006 in which to obtain an expert.

    c.    If necessary, expert interrogatories shall be served within one month following the opposing party's disclosure of expert witnesses.

    d.    Experts must be deposed by November 16, 2006.

6. **Final PreTrial Conference**

The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

Respectfully submitted,

UNITED STATES POSTAL SERVICE,

By his Attorneys,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Rickie T. Weiner
Rickie T. Weiner, Esq.
Law Offices of Rickie T. Weiner
8 Norwich Street
Worcester, MA 01608
(508) 890-5566

/s/ Michael Sady
Michael Sady
Rayford A. Farquhar
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

**CERTIFICATE OF SERVICE**

I, Michael Sady, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon counsel of record, Rickie T. Weiner, 8 Norwich Street, Worcester, MA 01608.

January 6, 2006

/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney