# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
MOUSTAFA KAMEL and EETIDAL TERMOS,   )
                                         )
        Plaintiffs,            )
                                         )
v.                                   )     C.A. No. 05-40136-FDS
                                       )
UNITED STATES POSTAL SERVICE,     )
                                       )
        Defendant.         )
_____)

## <u>ASSENTED TO MOTION TO SUBSTITUTE UNITED STATES AS PARTY</u>

Defendant United States Postal Service ("USPS") hereby moves, pursuant to 28 U.S.C. § 2679(d)(1), that the United States be substituted for the defendant, USPS, with respect to any and all causes of action in the above captioned action.  As grounds therefore, the USPS states as follows:

The Plaintiffs have brought an action against the USPS alleging that its employee negligently operated a vehicle which made contact with the Plaintiffs' vehicle causing personal and property damage.  Pursuant to 28 U.S.C. §2679, Plaintiffs' exclusive remedy for a tort claim against the USPS is an action against the United States under the Federal Tort Claims Act ("FTCA").

The Plaintiffs have incorrectly named the USPS, a federal agency, as the defendant in this FTCA matter.  Thus, defendant USPS moves for the substitution of the United States as the only party Defendant in the matter.

The Plaintiffs assent to this Motion.

Assented to:                                          For the Defendant,

MOUSTAFA KAMEL AND                                    UNITED STATES OF AMERICA,
EETIDAL TERMOS,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney


Rickie T. Weiner/by permission/MPS                    By: /s/ Michael P. Sady
Law Office of Rickie T. Weiner                            Michael P. Sady
8 Norwich Street                                          Assistant U.S. Attorney
Worcester, MA 01608                                       United States Courthouse
BBO No.: 548524                                           1 Courthouse Way, Suite 9200
(508) 890-5566 (Voice)                                    Boston, MA  02210
(508) 890-6655 (Fax)                                      617-748-3100 (Voice)
                                                          617-748-3969 (Fax)


Dated:  April 11, 2006                                Dated:  April 11, 2006

                                  2