Exhibit A

|  |  |
|---|---|
| MOUSTAFA KAMEL and EETIDAL TERMOS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | C.A. No. 05-40136-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that this matter is dismissed, with prejudice, without costs, and all rights of appeal being waived.

For the Plaintiffs,

MOUSTAFA KAMEL AND
EETIDAL TERMOS,

/s/ _____
Law Office of Rickie T. Weiner
8 Norwich Street
Worcester, MA 01608
BBO No.: 548524
(508) 890-5566 (Voice)
(508) 890-6655 (Fax)

Dated: _____

For the Defendant,

UNITED STATES OF AMERICA,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ _____
Michael P. Sady
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100 (Voice)
617-748-3969 (Fax)

Dated: 5/22/06

5